106 A.3d 678

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Kevin JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 18, 2014.

Decided Dec. 24, 2014.

Leonard Sosnov, Esq., Harrisburg, for Pennsylvania Association of Criminal Defense Lawyers, amicus curiae.

Brandon Donald Pack, Esq., Glenn D. Welsh, Esq., Berks County Public Defender's Office, Richard Alan Joyce Jr., Esq., Lebanon, for Kevin Johnson.

Alisa Rebecca Hobart, Esq., Berks County District Attorney's Office, John T. Adams, Esq., for Commonwealth of Pennsylvania.

CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, STEVENS, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 24th day of December, 2014, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Chief Justice CASTILLE did not participate in the consideration or decision of this matter.